PROB 12C
(6/16)

Report Date: July 3, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Jesus Miranda-Reyes                Case Number: 0980 1:16CR02005-RMP-1

Address of Offender:                                      Grandview, Washington 98930

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 13, 2016

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 1326

Original Sentence:       Prison - 24 months;              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Laurel Holland                   Date Supervision Commenced: October 10, 2017

Defense Attorney:        Jeremy B. Sporn                  Date Supervision Expires: October 9, 2020

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: According to the United States Department of Homeland Security (DHS), Mr. Miranda-Reyes is a native and citizen of Mexico, and he was removed from the United States on October 24, 2017. |
| | Mr. Miranda-Reyes was contacted by the Grandview Police Department (GPD) on June 29, 2018, and received a traffic citation for speeding. During the contact with GPD, Mr. Miranda-Reyes provided an address of 905 West Fifth Street, Grandview, Washington. |
| | U.S. Probation has no record of Mr. Miranda-Reyes reporting to a probation office within 72 hours of reentry. |

Prob12C
**Re: Miranda-Reyes, Jose Jesus**
**July 3, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 3, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/5/2018

Date