PROB 12C
(6/16)

Report Date: July 20, 2018

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2018

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Jesus Miranda-Reyes | Case Number: 0980 2:16CR02005-RMP-1 |
| Address of Offender: | Grandview, Washington 98930 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: April 13, 2016

Original Offense:    Alien in United States After Deportation, 8 U.S.C. § 1326

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months: TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: | October 10, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: | October 9, 2020 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 07/03/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence of employment.

**Supporting Evidence**:  Mr. Miranda-Reyes was contacted by the Grandview Police Department (GPD) on June 29, 2018, and received a traffic infraction.  During the contact with GPD, Mr. Miranda-Reyes informed GPD his address was 905 West Fifth Street in Grandview, Washington.

On July 6, 2018, Mr. Miranda-Reyes contacted the Yakima County District Court and requested a mitigation hearing.  He also provided the Yakima County District Court with a new address of 100 Loretta Street in Sunnyside, Washington.  On July 16 and 17, 2018, the United States Marshals Service (USM) attempted to serve Mr. Miranda-Reyes with a summons at the above-listed addresses.  Residents at both locations stated that Mr. Miranda-Reyes did not reside there.

Prob12C
**Re: Miranda-Reyes, Jose Jesus**
**July 20, 2018**
**Page 2**

    3    <u>**Standard Condition # 12**</u>: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

    **Supporting Evidence**: Mr. Miranda-Reyes was contacted by GPD on June 29, 2018, and received a traffic infraction; Yakima County District Court, case number 8Z0695195.

    Mr. Miranda-Reyes failed to contact United States Probation to report having contact with law enforcement within 72 hours.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 20, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

7/20/2018

Date